UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TONI ANN VALENTI | CIVIL ACTION |
| VERSUS | NO. 24-1118 |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY | SECTION "R" (3) |

# ORDER

The Court has reviewed *de novo* plaintiff's complaint,[1] defendant's unopposed motion,[2] the record, the applicable law, and the Magistrate Judge's Report and Recommendation.[3] No party has filed an objection to the Magistrate Judge's Report and Recommendation. The Court finds that the Magistrate Judge has correctly determined that the motion should be granted under 42 U.S.C. § 405(g). The Court adopts the Magistrate Judge's Report and Recommendation as its opinion. Accordingly, the Court ORDERS that the defendant's motion to reverse and remand be GRANTED. The Court REVERSES the Administrative Law Judge's decision and REMANDS the case for further administrative proceedings.

---

[1]  R. Doc. 1.
[2]  R. Doc. 13.
[3]  R. Doc. 14.

New Orleans, Louisiana, this __21st__ day of October, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE