UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TONI ANN VALENTI | CIVIL ACTION |
| VERSUS | NO. 24-1118 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "R" (3) |

# ORDER

The Court has reviewed plaintiff's unopposed motion,[1] the record, the applicable law, and Magistrate Judge Eva Dossier's Report and Recommendation ("R&R").[2] On January 7, 2025, Magistrate Judge Dossier issued an R&R, recommending that the Court grant plaintiff's motion and award plaintiff a total of $7,488 in attorneys' fees and costs.[3] Defendant did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The

---

[1] R. Doc. 17.
[2] R. Doc. 19.
[3] *Id.* at 4.

Court finds no clear error. Accordingly, the Court adopts the Magistrate Judge's R&R as its opinion. The Court GRANTS plaintiff's motion. The Court ORDERS defendant, the Social Security Administration, to pay plaintiff the total sum of $7,488.

New Orleans, Louisiana, this __6th__ day of February, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE